there was a tainting of his subsequent arrest and the evidence obtained pursuant thereto. On appeal, his sole contention is that his arrest was not based upon probable cause and therefore the evidence obtained as a result of a search and seizure incident thereto warrants suppression.

Assuming that appellant laid the necessary groundwork below to raise this issue here, we have concluded, based upon the totality of the evidence and a careful study of the entire record, that there was indeed probable cause for the arrest.

Accordingly, the judgment of conviction will be affirmed.

C., William D. Ruckelshaus and Edwin L. Weisl, Jr., Asst. Attys. Gen., for appellant.

Frank W. Riggs, III, Truman M. Hobbs, Montgomery, Ala., Hubbard H. Harvey, Demopolis, Ala., Richard H. Gill, Montgomery, Ala., Hobbs, Copeland, Franco, Riggs & Screws, Montgomery, Ala., of counsel, for appellee.

Before TUTTLE and GEWIN, Circuit Judges, and COMISKEY, District Judge.

PER CURIAM:

The judgment in this case is affirmed on the basis of the reasoning set forth in Part I of the opinion of the District Court. 299 F.Supp. 621 (N.D.Ala.1969).

Judgment affirmed.

---

James M. SULLIVAN, Plaintiff-Appellee,

v.

UNITED STATES of America, Defendant-Appellant,

v.

Kenneth F. RUMSEY, Third-Party Defendant-Appellee.

No. 26885.

United States Court of Appeals
Fifth Circuit.

May 27, 1969.

Macon L. Weaver, U. S. Atty., Birmingham, Ala., John G. Laughlin, Chief Torts Section, Wm. L. Morrow, Atty., U. S. Dept. of Justice, Washington, D. C., Alan S. Rosenthal, Robert V. Zener, Attys., Dept. of Justice, Washington, D.

UNITED STATES of America ex rel. Fred WILLIAMS, Jr., Appellant,

v.

Alfred T. RUNDLE.

No. 17478.

United States Court of Appeals
Third Circuit.

Argued March 4, 1969.
Decided May 2, 1969.

John W. Packel, Assistant Voluntary Defender, Defender Ass'n of Philadelphia, Philadelphia, Pa., for appellant.

Roger F. Cox, Asst. Dist. Atty., Philadelphia, Pa. (Joseph J. Musto, Asst. Dist. Atty., James D. Crawford, Asst. Dist. Atty., Chief, Appeals Division, Richard A. Sprague, First Asst. Dist. Atty., Arlen Specter, Dist. Atty., Philadelphia, Pa., on the brief), for appellee.